UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| COMMONWEALTH OF MASSACHUSETTS, | * | Civil Action No. 16-11698-IT |
| | * | |
| Plaintiff-Intervenor | * | |
| | * | |
| v. | * | |
| | * | |
| CITY OF HAVERHILL, MASSACHUSETTS, | * | |
| | * | |
| Defendant. | * | |

## ORDER

November 10, 2016

TALWANI, D.J.

Now before the court is Plaintiff United States of America's Unopposed Motion for Entry of Consent Decree [#13]. The Motion is hereby ALLOWED, the Consent Decree [#7] is accordingly ENTERED, and pursuant to its terms constitutes Final Judgment under Rule 54 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge